EXHIBIT 1

**SECOND AMENDED**

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** Union Pacific Railroad Company; Aztec Dairy;
*(AVISO AL DEMANDADO):* Sisson Farms LTD; Hein Hettinga; Does 4-10

**YOU ARE BEING SUED BY PLAINTIFF:** Lorenzo Trujillo
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

| FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |
| --- |
| ELECTRONICALLY FILED BY Superior Court of California, County of Monterey On 1/27/2021 11:14 AM By: Rowena Esquerra, Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* Superior Court of California, County of Monterey 1200 Aguajito Rd. Monterey, California 93940 | CASE NUMBER: *(Número del Caso):* 19CV004604 |
| --- | --- |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Neil P. Berman
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
RUCKA O'BOYLE LOMBARDO & McKENNA
245 West Laurel Drive, Salinas, CA 93906                                                831-443-1051

| DATE: *(Fecha)* 1/29/2021 | Clerk, by *(Secretario)* /s/ Rowena Esquerra | , Deputy *(Adjunto)* |
| --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of *(specify):*   Doe 1

3. ☒ on behalf of *(specify):*   Aztec Dairy

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☒ other *(specify):* unknown business entity ;  CCP 474

4. ☒ by personal delivery on *(date):*

| | |
| --- | --- |
| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev July 1, 2009] | Page 1 of 1 |

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*
WestlawDoc & Form Builder™

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Neil P. Berman  SBN: 246637<br>RUCKA O'BOYLE LOMBARDO & McKENNA<br>245 West Laurel Drive<br>Salinas, CA 93906<br>TELEPHONE NO: 831-443-1051  FAX NO. *(Optional)*: 831-443-6419<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Lorenzo Trujillo | FOR COURT USE ONLY<br><br>ELECTRONICALLY FILED BY<br>Superior Court of California,<br>County of Monterey<br>On 11/14/2019 1:11 PM<br>By: Christina Flores, Deputy |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY<br>STREET ADDRESS: 1200 Aguajito Rd.<br>MAILING ADDRESS: 1200 Aguajito Rd.<br>CITY AND ZIP CODE: Monterey, 93940<br>BRANCH NAME: Monterey Courthouse | |
| PLAINTIFF: Lorenzo Trujillo<br><br><br>DEFENDANT: Union Pacific Railroad Company<br><br>[X] DOES 1 TO ____10 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED *(Number)*:<br>Type *(check all that apply)*:<br>[ ] MOTOR VEHICLE  [X] OTHER *(specify)*: General Negligence<br>[ ] Property Damage  [ ] Wrongful Death<br>[X] Personal Injury  [ ] Other Damages *(specify)*: | |
| Jurisdiction *(check all that apply)*:<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br><br>19CV004604 |

1. Plaintiff *(name or names)*: Lorenzo Trujillo

   alleges causes of action against defendant *(name or names)*: Union Pacific Railroad Company; Does 1-10

2. This pleading, including attachments and exhibits, consists of the following number of pages: Four

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder® |

PLD-PI-001

| SHORT TITLE:  Trujillo v. Union Pacific Railroad Company | CASE NUMBER<br>19CV004604 |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* Union Pacific Railroad Co
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1-10 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other *(specify):*  Defendant Union Pacific Railroad Company regularly does business in Monterey County and has
      an office in Royal Oaks, CA

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE:   Trujillo v. Union Pacific Railroad Company | CASE NUMBER: 19CV004604 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
  a. ☐ Motor Vehicle
  b. ☒ General Negligence
  c. ☐ Intentional Tort
  d. ☐ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify)*:

11. Plaintiff has suffered
  a. ☒ wage loss
  b. ☐ loss of use of property
  c. ☒ hospital and medical expenses
  d. ☒ general damage
  e. ☐ property damage
  f. ☒ loss of earning capacity
  g. ☒ other damage *(specify)*: Costs and prejudgment interest.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☒ compensatory damages
     (2) ☐ punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
     (1) ☒ according to proof
     (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 11/13/2019

Neil P. Berman
  (TYPE OR PRINT NAME)

▶

  (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: Trujillo v. Union Pacific Railroad Company | CASE NUMBER: 19CV004604 |
|---|---|

First _____ **CAUSE OF ACTION—General Negligence**   Page 4 _____
(number)

ATTACHMENT TO  [ X ] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Lorenzo Trujillo

alleges that defendant *(name):* Union Pacific Railroad Company

[ X ] Does _____ 1 _____ to _____ 10 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* December 1, 2017
at *(place):* Yuma County, Arizona.

*(description of reasons for liability):*

Plaintiff alleges that defendant Union Pacific Railroad Company's employees negligently operated a Union Pacific train causing a collision that resulted in the serious injuries sustained by plaintiff that is the subject of this complaint.

Defendant Union Pacific Railroad Company negligently owned, maintained, managed and operated the subject crossing (Union Pacific Crossing 742081B) where the incident occurred and failed to adequately provide measures to make sure said collision would not occur, including, but not limited to, providing warning of approaching Union Pacific trains.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

| **SUPERIOR COURT OF MONTEREY COUNTY**<br>**Monterey Branch**, 1200 Aguajito Road, Monterey, CA 93940 | |
|---|---|
| **Lorenzo Trujillo**<br>**vs** | **CASE NUMBER**<br>**19CV004604** |
| **Union Pacific Railroad Company** | **Case Management Conference** |

## NOTICE OF ASSIGNMENT AND CASE MANAGEMENT CONFERENCE

**Your case number ending EVEN is assigned for all purposes to the Hon. Marla O. Anderson- Dept. 14**

**Your case number ending ODD is assigned for all purposes to the Hon. Susan J. Matcham- Dept. 15**

This notice and Alternative Dispute Resolution (ADR) information packet (CI-127)* must be served together with the Summons and Complaint pursuant to California Rule of Court 3.221. *Parties are required to follow the case management rules as outlined in California Rule of Court 3.722 and Chapter 6 of the Local Rules of Court found on the court website at* www.montereycourt.ca.gov . A case management statement from each party or joint statement shall be filed prior to the conference as outlined in California Rule of Court 3.725.

---

### Date: **March 17, 2020**     Time:**9:00 AM**

### Location: **Monterey Courthouse, 1200 AGUAJITO ROAD, MONTEREY, CA 93940**

---

*The ADR information packet (CI-127) can be found at FORMS on the court's website at www.monterey.courts.ca.gov.

Pursuant to statutes of the State of California, it is the responsibility of the court to establish procedures for the timely and effective disposition of civil cases.

The court is charged with the responsibility of ensuring all parties a fair and timely resolution of their disputes, and the court is in the best position to establish neutral rules and policies without adversely affecting all parties' right to a fair trial. Effective management of the judicial system will build continuing respect by the community of government, minimize the costs to the parties and the public, and maximize the probability that cases will be timely resolved.

The goals of the Monterey County civil case and trial management system are:
1. To provide an effective and fair procedure for the timely disposition of civil cases;
2. To provide a mechanism to gather needed case information in order to make appropriate judicial management decisions; and
3. To establish reasonable rules and policies to require that cases reporting "ready" for trial may be tried without unnecessary delays or interruptions.

*Court proceedings are in English. If you or a witness in your case needs an interpreter, please complete Judicial Council form INT—300.* **You must file INT-300 at the first floor clerks counter (or by e-file) 15* business days prior to your hearing.**

*Los procedimientos judiciales son en inglés. Si usted o un testigo en su caso necesita un intérprete, complete el formulario INT-300 del Consejo Judicial.* **Debe presentar el INT-300 con los empleados legales de la oficina del primer piso (o mediante archivo electrónico) 15* días hábiles antes de su audiencia.**

---

**NOTICE OF ALL PURPOSE CASE ASSIGNMENT**                [Rev. January 2016]
**(Civil)**

Neil P. Berman, #246637
**RUCKA, O'BOYLE, LOMBARDO & McKENNA**
A Professional Corporation
245 West Laurel Drive
Salinas, CA 93906
Telephone:    (831) 443-1051
Facsimile:    (831) 443-6419

Attorneys for Plaintiff,
**Lorenzo Trujillo**

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 12/18/2020 2:15 PM
By: Rowena Esquerra, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF MONTEREY

LORENZO TRUJILLO,

         Plaintiff,

vs.

UNION PACIFIC RAILROAD
COMPANY,

         Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 19CV004604

**AMENDMENT TO COMPLAINT TO
SUBSTITUTE TRUE NAME FOR
FICTITIOUS NAME**

Plaintiff, **LORENZO TRUJILLO,** amends his Complaint in this action as follows:

1.    Plaintiff has learned the true name of defendant designated in the original complaint as DOE 1, and hereby substitutes the true name, **AZTEC DAIRY**.

2.    Plaintiff has learned the true name of defendant designated in the original complaint as DOE 2, and hereby substitutes the true name, **SISSON FARMS LTD**.

Dated: December 18, 2020

RUCKA, O'BOYLE, LOMBARDO & McKENNA

By: _____
Neil P. Berman
Attorneys for Plaintiff,
**Lorenzo Trujillo**

---

Amendment to Complaint

- 1 -

Lorenzo Trujillo v. Union Pacific Railroad Company
Case No. 19CV004604

RUCKA, O'BOYLE, LOMBARDO & McKENNA
A Professional Corporation
245 WEST LAUREL DRIVE • SALINAS, CALIFORNIA 93906 • OFFICE (831) 443-1051 • FAX (831) 443-6419

**PROOF OF SERVICE BY MAIL & VIA E-MAIL**
(Code of Civ. Proc. §§ 1013 (a), 2015.5)

STATE OF CALIFORNIA          )
COUNTY OF MONTEREY        )

**Lorenzo Trujillo v. Union Pacific Railroad Company**
**Monterey County Superior Court**
**Case No. 19CV004604**

I am employed in the County of Monterey, California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 245 West Laurel Drive, Salinas, CA 93906. My electronic notification address is: spena a rolmlaw.com.

On the date written below, following ordinary business practice, I served the within **AMENDMENT TO COMPLAINT** on the parties named below by placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited in the United States Postal Service that same day in the ordinary course of business, to the address(es) as follows:

| Stephanie Quinn, Esq.<br>**MURPHY, CAMPBELL,**<br>**ALLISTON & QUINN**<br>8801 Folsom Boulevard, Suite 230<br>Sacramento, CA 95826<br>Telephone:   (916) 400-2300<br>Facsimile:   (916) 400-2311<br>Email: squinn a murphycampbell.com<br>Email: SONeil a murphycampbell.com<br>Email: AChand a murphycampbell.com<br>Email: VArroyo a Murphycampbell.com | Attorneys for Defendant(s),<br>**Union Pacific Railroad Company** |

On this date, I also electronically served the foregoing based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission. I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **December 18, 2020,** at Salinas, California.

Sergio A. Peña

Neil P. Berman, #246637
**RUCKA, O'BOYLE, LOMBARDO & McKENNA**
A Professional Corporation
245 West Laurel Drive
Salinas, CA 93906
Telephone:    (831) 443-1051
Facsimile:    (831) 443-6419

Attorneys for Plaintiff,
**Lorenzo Trujillo**

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 1/27/2021 11:14 AM
By: Rowena Esquerra, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF MONTEREY

| | |
|---|---|
| LORENZO TRUJILLO,<br><br>            Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>            Defendant(s). | Case No.: 19CV004604<br><br>**SECOND AMENDMENT TO COMPLAINT TO SUBSTITUTE TRUE NAME FOR FICTITIOUS NAME** |

Plaintiff, **LORENZO TRUJILLO**, amends his Complaint in this action as follows:

1.       Plaintiff has learned the true name of defendant designated in the original complaint as DOE 3, and hereby substitutes the true name, **HEIN HETTINGA**.

Dated: January 27, 2021

RUCKA, O'BOYLE, LOMBARDO & McKENNA

By:    _____
Neil P. Berman
Attorneys for Plaintiff,
**Lorenzo Trujillo**

PROOF OF SERVICE BY MAIL & VIA E-MAIL
(Code of Civ. Proc. §§ 1013a(1), 2015.5)

STATE OF CALIFORNIA       )
COUNTY OF MONTEREY        )

**Lorenzo Trujillo v. Union Pacific Railroad Company**
**Monterey County Superior Court**
**Case No. 19CV004604**

I am employed in the County of Monterey, California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 245 West Laurel Drive, Salinas, CA 93906. My electronic notification address is: p [...] boihler@r[...]

On the date written below, following ordinary business practice, I served the within **SECOND AMENDMENT TO COMPLAINT** on the parties named below by placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited in the United States Postal Service that same day in the ordinary course of business, to the addresses(s) as follows:

| | |
|---|---|
| Stephanie Quinn, Esq. | Attorneys for Defendant(s): |
| MURPHY, CAMPBELL, | **Union Pacific Railroad Company** |
| ALLISTON & QUINN | |
| 8801 Folsom Boulevard, Suite 230 | |
| Sacramento, CA 95826 | |
| Telephone:   (916) 400-2300 | |
| Facsimile:    (916) 400-2311 | |
| Email: sq@ [...] | |
| Email: [...] | |
| Email: [...] | |
| Email: [...] | |

On this date, I also electronically served the foregoing based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission. I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **January 27, 2021**, at Salinas, California.

Sergio A. Peña

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|

Neil P. Berman, Esq.
Rucka, O'Boyle, Lombardo & McKenna
245 W. Laurel Dr   Salinas, CA 939060000

TELEPHONE NO.: (831) 443-1051 FAX NO. (831) 443-6419   E-MAIL ADDRESS: spena@roimlaw.com
ATTORNEY FOR : Plaintiff:

**ELECTRONICALLY FILED BY Superior Court of California, County of Monterey On 2/10/2021 12:19 PM By: Kristen Simonsen, Deputy**

**MONTEREY COUNTY SUPERIOR COURT**

STREET ADDRESS: 1200 AGUAJITO RD.

MAILING ADDRESS: 1200 Aguajito Rd

CITY AND ZIP CODE: MONTEREY, CA 93940

BRANCH NAME: MONTEREY BRANCH

PLAINTIFF: Lorenzo Trujillo

DEFENDANT: Union Pacific Railroad Company, et al

CASE NUMBER:
19CV004604

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 53179 |
|---|---|

*(Separate proof of service is required for each party served.)*

ORIGINAL

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☐ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet  *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **First Amended Summons; Amendment to Complaint; Notice of Assignment and Case Management Conference**

3. a. Party served *(specify name of party as shown on documents served):*

   **Sisson Farms LTD., as Doe 2**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Jon N Warkomski - Manager of General Partner, JWARKO, LLC**

4. Address where the party was served:  **205 W Sonoma Dr**
   **Litchfield Park, AZ 85340**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **1/24/2021**  (2) at *(time):* **6:11 PM**

   b. ☐ **by substituted service.**  On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*  from *(city):*  **or** ☐ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/S12919**

| PETITIONER: **Lorenzo Trujillo** | CASE NUMBER: |
|---|---|
| RESPONDENT: **Union Pacific Railroad Company, et al** | **19CV004604** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                        (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) *(Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☑ as the person sued under the fictitious name of *(specify):* **Doe 2**
c. ☐ as occupant.
d. ☑ On behalf of: **Sisson Farms LTD.**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☑ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: **MATTHEW BASHAM - Sayler Legal Service, Inc.**
  b. Address: **2511 Garden Road, Suite B-100  Monterey, CA 93940**
  c. Telephone number: **(831) 384-4030**
  d. **The fee** for service was: **$ 250.00**
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner    ☐ employee    ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

    Date: **1/29/2021**

*Sayler*
**LEGAL**

**Sayler Legal Service, Inc.**
**2511 Garden Road, Suite B-100**
**Monterey, CA 93940**
**(831) 384-4030**
**Monterey County #85**

Documents served in accordance with
COVID-19 Safe Serving Policy, which includes
social distancing.

    **MATTHEW BASHAM**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        ▶                 (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **Neil P. Berman, Esq.**<br>**Rucka, O'Boyle, Lombardo & McKenna**<br>**245 W. Laurel Dr   Salinas, CA 939060000**<br><br>TELEPHONE NO.: (831) 443-1051 FAX NO. (831) 443-6419   E-MAIL ADDRESS: spena@rolmlaw.com<br>ATTORNEY FOR : Plaintiff: | |

| MONTEREY COUNTY SUPERIOR COURT | |
|---|---|
| STREET ADDRESS: 1200 AGUAJITO RD. | |
| MAILING ADDRESS: 1200 Aguajito Rd | |
| CITY AND ZIP CODE: MONTEREY, CA 93940 | |
| BRANCH NAME: MONTEREY BRANCH | |

| PLAINTIFF:  Lorenzo Trujillo | CASE NUMBER: |
|---|---|
| DEFENDANT:  Union Pacific Railroad Company, et al | 19CV004604 |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>53179 |
|---|---|

I received the within process on  January 11, 2021 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).
Documents:

    **Complaint; First Amended Summons; Amendment to Complaint; Notice of Assignment and Case Management Conference;**

I attempted personal service on Sisson Farms LTD., as Doe 2 on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 1/17/2021 | 10:42 AM | Home | Tried residence - no answer at door. The neighbor across the street came over and said that the people who live there are Rocky and Renee. They are currently sick and probably won't answer the door. He is helping them do some construtcion work on the property. He took our contact info.<br>805 E Eason Ave,  Buckeye, AZ 85326 |

Fee for Service: **$ 250.00**

 **Sayler Legal Service, Inc. 2511 Garden Road, Suite B-100 Monterey, CA 93940 (831) 384-4030 Monterey County #85**



I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct.

This declaration was executed on  **January 29, 2021.**

Service attempt(s) made in accordance with COVID-19 Safe Serving Policy, which includes social distancing.

Signature: _____
           **Matthew Basham**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: S12919

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **Neil P. Berman, Esq.**<br>**Rucka, O'Boyle, Lombardo & McKenna**<br>**245 W. Laurel Dr   Salinas, CA 939060000**<br>TELEPHONE NO.: (831) 443-1051 FAX NO. (831) 443-6419   E-MAIL ADDRESS: spena@rolmlaw.com<br>ATTORNEY FOR : Plaintiff: | ELECTRONICALLY FILED BY<br>Superior Court of California,<br>County of Monterey<br>On 2/17/2021 3:36 PM<br>By: Rowena Esquerra, Deputy |

| MONTEREY COUNTY SUPERIOR COURT |
|---|
| STREET ADDRESS: 1200 AGUAJITO RD. |
| MAILING ADDRESS: 1200 Aguajito Rd |
| CITY AND ZIP CODE: MONTEREY, CA 93940 |
| BRANCH NAME: MONTEREY BRANCH |

| PLAINTIFF:  Lorenzo Trujillo | CASE NUMBER: |
|---|---|
| DEFENDANT:  Union Pacific Railroad Company, et al | 19CV004604 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:  53179 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☐ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Second Amended Summons; Second Amendment to Complaint; Notice of Assignment and Case Management Conference; Amendment to Complaint**

3. a. Party served *(specify name of party as shown on documents served):*
   **Aztec Dairy**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Patricia Mohr - Controller**

4. Address where the party was served:  **14651 Grove Ave**
   **Ontario, CA 91762**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/4/2021**   (2) at *(time):* **9:03 AM**
   **Age: 50's Weight: 145 Hair: Black Sex: Female Height: 5'5" Eyes:  Race: White**

   b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or
   in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):*  from *(city):*                                **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/S13613** |
|---|---|---|

| PETITIONER: **Lorenzo Trujillo** | CASE NUMBER: |
|---|---|
| RESPONDENT: **Union Pacific Railroad Company, et al** | **19CV004604** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                           *(2) from  (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of: **Aztec Dairy**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☑ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: **BARRETT GUNNELL - Sayler Legal Service, Inc.**
  b. Address: **2511 Garden Road, Suite B-100  Monterey, CA 93940**
  c. Telephone number: **(831) 384-4030**
  d. **The fee** for service was: **$ 92.50**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner   ☐ employee   ☑ independent contractor.
      (ii) Registration No.: **1583**
      (iii) County: **Riverside**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/10/2021**

**Sayler Legal Service, Inc.**
**2511 Garden Road, Suite B-100**
**Monterey, CA 93940**
**(831) 384-4030**
**Monterey County #85**

Documents served in accordance with
COVID-19 Safe Serving Policy, which includes
social distancing.

**BARRETT GUNNELL**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶     (SIGNATURE)

**PROOF OF SERVICE OF SUMMONS**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)

**Neil P. Berman, Esq.**
**Rucka, O'Boyle, Lombardo & McKenna**
**245 W. Laurel Dr Salinas, CA 939060000**

TELEPHONE NO.: (831) 443-1051 FAX NO. (831) 443-6419 E-MAIL ADDRESS: spena@rolmlaw.com
ATTORNEY FOR : Plaintiff:

FOR COURT USE ONLY

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 5/4/2021
By Deputy: DeMers, Kristen

**MONTEREY COUNTY SUPERIOR COURT**
STREET ADDRESS: 1200 AGUAJITO RD.
MAILING ADDRESS: 1200 Aguajito Rd
CITY AND ZIP CODE: MONTEREY, CA 93940
BRANCH NAME: MONTEREY BRANCH

PLAINTIFF: Lorenzo Trujillo
DEFENDANT: Union Pacific Railroad Company, et al

CASE NUMBER: 19CV004604

Ref. No. or File No.: 53179

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☑ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ Cross-complaint
   - f. ☑ other *(specify documents)*: **Second Amended Summons; Second Amendment to Complaint; Notice of Assignment and Case Management Conference; Amendment to Complaint**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Hein Hettinga**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **2705 W Americana Blvd**
   **Muleshoe, TX 79347**
5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: **4/7/2021** at *(time)*: **3:26 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **Michelle DOE - Office Manager**
   **Age: 45-55 Weight: 165 Hair: Brown Sex: Female Height: 5'4" Eyes: Race: White**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☑ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                    (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of:

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                          ☐ other:

. **Person who served papers**

a. Name: **ALVARO IVAN ADAME - Sayler Legal Service, Inc.**

b. Address: **2511 Garden Road, Suite B-100  Monterey, CA 93940**

c. Telephone number: **(831) 384-4030**

d. **The fee** for service was: **$ 190.00**

e. I am:

(1) ☑ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☐ registered California process server:

(i) ☐ owner        ☐ employee        ☐ independent contractor.

(ii) Registration No.:

(iii) County:

. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/9/2021**

Sayler
LEGAL

**Sayler Legal Service, Inc.**
**2511 Garden Road, Suite B-100**
**Monterey, CA 93940**
**(831) 384-4030**
**Monterey County #85**

)ocuments served in accordance with
COVID-19 Safe Serving Policy, which includes
ocial distancing.

**ALVARO IVAN ADAME**                    ▶    *Ivan Adame*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) *(FOR COURT USE ONLY*

**Neil P. Berman, Esq.**
**Rucka, O'Boyle, Lombardo & McKenna**
**245 W. Laurel Dr   Salinas, CA 939060000**

TELEPHONE NO.: (831) 443-1051  FAX NO. (831) 443-6419  E-MAIL ADDRESS: spena@rolmlaw.com
ATTORNEY FOR : Plaintiff:

**MONTEREY COUNTY SUPERIOR COURT**
STREET ADDRESS: 1200 AGUAJITO RD.
MAILING ADDRESS: 1200 Aguajito Rd
CITY AND ZIP CODE: MONTEREY, CA 93940
BRANCH NAME: MONTEREY BRANCH

| | |
|---|---|
| PLAINTIFF: Lorenzo Trujillo | CASE NUMBER: |
| DEFENDANT: Union Pacific Railroad Company, et al | 19CV004604 |

| | |
|---|---|
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Ref. No. or File No.: 53179 |

I received the within process on  February 12, 2021 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).
Documents:
  **Complaint; Second Amended Summons; Second Amendment to Complaint; Notice of Assignment and Case Management Conference; Amendment to Complaint;**

I attempted personal service on Hein Hettinga on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 3/2/2021 | 3:22 PM | Home | The 1100 block of Highway 84 has a chiropractic clinic, a glass shop and a tool rental place. None of them are 1140. I searched Google Maps, Mapquest and Wazemaps - each of them pinpoints a different location for 1140. I ran a database search for subject (see attached). Called 760-835-8543 and spoke to subejct. He said he is aware of the lawsuit, but will not make it easy for us to serve him. He is working in El Paso, TX right now and travels frequently. 1140 US Highway 84,  Muleshoe, TX 79347 |
| 3/10/2021 | 3:45 PM | Business | The name of the dairy farm is Specialized Dairy Services. According to the workers there, Hein Hettinga is the owner of this dairy farm and the owner of the land that the railroad tracks reside on and has no affiliation with Union Pacific. They advised he is rarely ever here and resides in California, but they were unsure of his exact whereabouts. 2705 W Americana Blvd,  Muleshoe, TX 79347 |
| 3/12/2021 | 3:27 PM | Other | Update e-mailed to client - proceed with sub service? Holding for further instructions. |

**Continued on Next Page**

Fee for Service: **$ 190.00**

Sayler
LEGAL

**Sayler Legal Service, Inc. 2511 Garden Road, Suite B-100 Monterey, CA 93940 (831) 384-4030 Monterey County #85**



I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct.
This declaration was executed on **April 9, 2021.**

Service attempt(s) made in accordance with COVID-19 Safe Serving Policy, which includes social distancing.

Signature: *Ivan Adame*
**Alvaro Ivan Adame**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: S14052

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Barnumber, and address)

**Neil P. Berman, Esq.**
**Rucka, O'Boyle, Lombardo & McKenna**
**245 W. Laurel Dr   Salinas, CA 939060000**

TELEPHONE NO.: (831) 443-1051 FAX NO. (831) 443-6419   E-MAIL ADDRESS: spena@rolmlaw.com
ATTORNEY FOR : Plaintiff:

FOR COURT USE ONLY

**MONTEREY COUNTY SUPERIOR COURT**
STREET ADDRESS: 1200 AGUAJITO RD.
MAILING ADDRESS: 1200 Aguajito Rd
CITY AND ZIP CODE: MONTEREY, CA 93940
BRANCH NAME: MONTEREY BRANCH

| PLAINTIFF: Lorenzo Trujillo | CASE NUMBER: |
|---|---|
| DEFENDANT: Union Pacific Railroad Company, et al | 19CV004604 |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Ref. No. or File No.: 53179 |
|---|---|

I received the within process on  February 12, 2021 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Documents:

**Complaint; Second Amended Summons; Second Amendment to Complaint; Notice of Assignment and Case Management Conference; Amendment to Complaint;**

I attempted personal service on Hein Hettinga on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| | | | **Continued from Previous Page** |
| 3/12/2021 | 3:30 PM | Other | Per client (Sergio) - proceed with service here. , , |
| 4/2/2021 | 12:10 PM | Home | They are closed for Good Friday. 2705 W Americana Blvd,  Muleshoe, TX 79347 |
| 4/7/2021 | 3:26 PM | Home | Substituted service effected. 1140 US Highway 84,  Muleshoe, TX 79347 |

Fee for Service: **$ 190.00**



**Sayler Legal Service, Inc. 2511 Garden Road, Suite B-100 Monterey, CA 93940 (831) 384-4030 Monterey County #85**



Service attempt(s) made in accordance with COVID-19 Safe Serving Policy, which includes social distancing.

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct.

This declaration was executed on  **April 9, 2021.**

Signature: _Ivan Adame_

**Alvaro Ivan Adame**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: S14052

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address)    FOR COURT USE ONLY

**Neil P. Berman, Esq.**
**Rucka, O'Boyle, Lombardo & McKenna**
**245 W. Laurel Dr   Salinas, CA 939060000**

TELEPHONE NO.: (831) 443-1051 FAX NO. (831) 443-6419   E-MAIL ADDRESS: spena@rolmlaw.com
ATTORNEY FOR : Plaintiff:

**MONTEREY COUNTY SUPERIOR COURT**
STREET ADDRESS: 1200 AGUAJITO RD.
MAILING ADDRESS: 1200 Aguajito Rd
CITY AND ZIP CODE: MONTEREY, CA 93940
BRANCH NAME: MONTEREY BRANCH

| | |
|---|---|
| PLAINTIFF: Lorenzo Trujillo | CASE NUMBER: |
| DEFENDANT: Union Pacific Railroad Company, et al | 19CV004604 |

| | |
|---|---|
| **PROOF OF SERVICE BY MAIL** | Ref. No. or File No.: |
| | 53179 |

. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

. I served copies of the Complaint; Second Amended Summons; Second Amendment to Complaint; Notice of Assignment and Case Management Conference; Amendment to Complaint;

. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Monterey, CA, California, addressed as  follows:

   a. Date of Mailing:             April 8, 2021
   b. Place of Mailing:           Monterey, CA
   c. Addressed as follows:     Hein Hettinga
                                  2705 W Americana Blvd
                                  Muleshoe, TX 79347

am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it vould be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Monterey, CA, California in the ordinary course of  business.

ee for Service: **$ 190.00**

**Sayler Legal Service, Inc.**
**2511 Garden Road, Suite B-100**
**Monterey, CA 93940**
**(831) 384-4030**
**Monterey County #85**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 9, 2021.**

Signature: _____

**Karisma Sigala**

**PROOF OF SERVICE BY MAIL**

Order#: S14052/mailproof