Exhibit 2

1 | Kimberly S. Oberrecht [C.S.B. No. 190794]
2 | Tiffany L. Steward [C.S.B. No. 279978]
**HORTON, OBERRECHT & KIRKPATRICK**
101 W. Broadway, Suite 600
3 | San Diego, California 92101
(619) 232-1183 * (619) 696-5719 [facsimile]
4 |
5 | Attorneys for Defendants AZTEC DAIRY (erroneously sued as DOE 1) and HEIN HETTINGA (erroneously sued herein as DOE 3)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| LORENZO TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY; and DOES 1 TO 10,<br><br>    Defendants. | CASE NO. _____<br><br>[Monterey County Superior Court Case No. 19CV004604]<br><br>**DECLARATION OF HEIN HETTINGA IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT AZTEC DAIRY** |

I, HEIN HETTINGA, declare:

  1. I am an adult, fully competent to testify, and I make this declaration on personal knowledge.

  2. I am an owner of Aztec Dairy.

  3. Aztec Dairy is a family owned and operated dairy farm located in Arizona at 591 N. Avenue 691/2 E, Dateland, Arizona 85333.

  4. Aztec is a partnership owned by Hein and Ellen Hettinga.

  5. My legal address is 2705 W. American Blvd, Muleshoe, Texas, 79347.

  6. I do not reside in the State of California.

7. Aztec, an Arizona partnership, has not been served with Process of Service at the location of the business or the residence of its members.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

**I AFFIRM UNDER PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE.**

Date: November _____, 2021

_____
Hein Hettinga

DECLARATION OF HEIN HETTINGA IN SUPPORT OF REMOVAL BY AZTEC DAIRY

G:\CLIENTS\7041\Pleadings\Removal\dec.hein.wpd           2